# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:12-cr-400-JAD-GWF |
| vs. | ) **ORDER** |
| STEVEN E. JONES, et.al., | ) |
| Defendants. | ) |

This matter is before the Court on the United States of America's Motion to Remove *Ex Parte* Designation (#431), filed on October 28, 2015.

The Government moves to remove the *ex parte* designation from the documents relating to the writ of garnishment. Service upon the garnishee has been completed, and the *ex parte* designation is no longer necessary. Accordingly,

**IT IS HEREBY ORDERED** that the United States of America's Motion to Remove *Ex Parte* Designation (#431) is **granted**.

**DATED** this 4th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge